AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT
　　　　　　　　　　　　　　　　　☐ SUPERSEDING

---- OFFENSE CHARGED ----

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii), (b)(1)(D) – Possession With Intent To Distribute Crack Cocaine and Marijuana

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: SEE ATTACHMENT

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

---- DEFENDANT - U.S ----
ANTIONE DEMETRIUS SMITH,
a/k/a Antoine Smith, a/k/a "Moto,"

DISTRICT COURT NUMBER
CR08-0110 DLJ

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---- DEFENDANT ----

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction         ☒ Federal ☐ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---- PROCEEDING ----
Name of Complaintant Agency, or Person (& Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
　☐ U.S. ATTORNEY  ☐ DEFENSE
SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   JAMES C. MANN, AUSA

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:
_____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

**ATTACHMENT TO PENALTY SHEET FOR ANTIONE DEMETRIUS SMITH**

**Count 1**: 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii) - Possession With Intent To Distribute A Schedule II Controlled Substance (Cocaine Base).

*If 851 Information alleging prior felony narcotics conviction filed*:

(1) Imprisonment: Maximum Life Imprisonment
    Mandatory Minimum 10 Years Imprisonment
(2) Fine: Maximum $4,000,000
(3) Supervised Release: Maximum Lifetime
    Mandatory Minimum 8-Year Term
(4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed*:

(1) Imprisonment: Maximum 40 Years Imprisonment
    Mandatory Minimum 5 Years Imprisonment
(2) Fine: Maximum $2,000,000
(3) Supervised Release: Maximum Lifetime
    Mandatory Minimum 4-Year Term.
(4) Special Assessment: $100.00

**Count 2**: 21 U.S.C. §§ 841(a)(1), (b)(1)(D) – Possession With Intent To Distribute A Schedule I Controlled Substance (Marijuana).

*If 851 Information alleging prior felony narcotics conviction filed*:

(1) Imprisonment: Maximum 10 Years Imprisonment
(2) Fine: Maximum $500,000
(3) Supervised Release: Mandatory Minimum 4-Year Term
(4) Special Assessment: $100.00

*If 851 Information alleging prior felony narcotics conviction not filed*:

(1) Imprisonment: Maximum 5 Years Imprisonment
(2) Fine: Maximum $250,000
(3) Supervised Release: Mandatory Minimum 2-Year Term.
(4) Special Assessment: $100.00

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR08-0110 

ANTIONE DEMETRIUS SMITH,
a/k/a Antoine Smith,
a/k/a "Moto,"

DEFENDANT(S).

---

## INDICTMENT

21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii), (b)(1)(D) – Possession With Intent To Distribute Crack Cocaine and Marijuana

---

A true bill.

_____ Foreman

Filed in open court this __27__ day of
_February 2008_.

_____ Clerk

Bail $ _No process._  2/27/08

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTIONE DEMETRIUS SMITH,<br>  a/k/a Antoine Smith,<br>  a/k/a "Moto,"<br><br>Defendant. | No. CR 08 0110 DLJ<br><br>VIOLATIONS: 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii), (b)(1)(D) – Possession With Intent To Distribute Crack Cocaine and Marijuana<br><br>OAKLAND VENUE |

INDICTMENT

The Grand Jury charges:

COUNT ONE:     (21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii) – Possession With Intent To Distribute Crack Cocaine)

1.     On or about April 19, 2005, in the Northern District of California, defendant,

ANTIONE DEMETRIUS SMITH,
a/k/a "Antoine Smith,"
a/k/a "Moto,"

knowingly and intentionally possessed with intent to distribute a Schedule II controlled substance, namely, approximately 32.1 grams of a mixture and substance containing a detectable amount of cocaine base in the form of "crack," in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii).

INDICTMENT

1

1 | COUNT TWO:    (21 U.S.C. §§ 841(a)(1), (b)(1)(D) – Possession With Intent To Distribute Marijuana)

2.   On or about April 19, 2005, in the Northern District of California, defendant,

ANTIONE DEMETRIUS SMITH,
a/k/a "Antoine Smith,"
a/k/a "Moto,"

knowingly and intentionally possessed with intent to distribute a Schedule I controlled substance, namely, approximately 34.6 grams of marijuana, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

DATED: February 27, 2008

A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
AUSA GARTH HIRE
AUSA JAMES C. MANN

INDICTMENT

2