

**United States Department of Justice**

*United States Attorney*
*Northern District of California*

---

*GARTH HIRE*
*Assistant United States Attorney*
*Organized Crime Strike Force*

*Telephone: (510) 637-3929*
*Facsimile: (510) 637-3724*
*E-Mail:     Garth.Hire@usdoj.gov*

*Ronald V. Dellums Federal Building*
*1301 Clay Street, Suite 340 South*
*Oakland, California 94612-5217*

March 11, 2008

<u>*Via E-Filing*</u>

Honorable Wayne D. Brazil
United States Magistrate Judge
United States District Court
Northern District of California
1301 Clay Street, Courtroom 4
Oakland, California 94612

    Re:    <u>United States v. Antione Demetrius Smith</u>
           CR 08-00110 DLJ

Dear Judge Brazil:

    On behalf of both counsel for the government and counsel for defendant, the parties would like to request that a hearing for arraignment on the indictment in this case be scheduled at 10:00 a.m. on Wednesday, March 12, 2008.  Thank you.

        Very truly yours,

        JOSEPH P. RUSSONIELLO
        United States Attorney

        _____/s/_____
        GARTH HIRE
        Assistant United States Attorney

cc:    Garrick Lew, Esq.