| DOCUMENTS UNDER SEAL ☐ | | TOTAL TIME (mins): 8 Mins | | |
|---|---|---|---|---|

| **MAGISTRATE JUDGE** **MINUTE ORDER** | DEPUTY CLERK | REPORTER/FTR | | |
|---|---|---|---|---|
| | Ivy L. Garcia | FTR: 3/12/08 10:04:02-10:12:49 | | |
| MAGISTRATE JUDGE | DATE | NEW CASE | CASE NUMBER | |
| HON. WAYNE D. BRAZIL | 3/12/08 | ☐ | CR-08-00110-DLJ | |

### APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD. ☐ RET. ☐ |
|---|---|---|---|---|---|
| ANTIONE DEMETRIUS SMITH | | Yes | P | Garrick Lew | APPT. ☒ |

| U.S. ATTORNEY | INTERPRETER | FIN. AFFT SUBMITTED ☐ | COUNSEL APPT'D ☒ |
|---|---|---|---|
| W. Douglas Sprague for Garth Hire | None | | |

| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | DEF ELIGIBLE FOR APPT'D COUNSEL ☐ | PARTIAL PAYMENT OF CJA FEES ☐ |
|---|---|---|---|
| None | Victoria Gibson | | |

### PROCEEDINGS SCHEDULED TO OCCUR

FILED

| | | | |
|---|---|---|---|
| ☒ INITIAL APPEAR 4 Mins HELD | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
| ☒ I.D. COUNSEL 1 Min HELD | ☒ ARRAIGNMENT 3 Mins HELD | ☐ BOND HEARING | ☐ INITIAL APPEAR REV PROB OR S/R | ☐ OTHER |
| ☒ DETENTION HRG WAIVED BY THE DEFT | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | |

MAR 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

TIMING OF

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☒ TRUE NAME:SPELLING OF FIRST NAME: ANTIONE |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☒ ARRAIGNED ON INDICTMENT 2 COUNTS | ☐ READING WAIVED SUBSTANCE | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY TO BE POSTED ☐ CASH $ | CORPORATE SECURITY ☐ | REAL PROPERTY: ☐ |
|---|---|---|

TIMING OF

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT | ☒ DETAINED | ☐ RELEASED | ☒ DETENTION HEARING AND FORMAL FINDINGS WAIVED BY THE DEFT | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT ENTERED | ☒ NOT GUILTY AS TO BOTH 2 CTS. | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 4/4/08 | ☐ ATTY APPT HEARING | ☐ BOND HEARING | ☐ STATUS RE: CONSENT | ☒ STATUS / TRIAL SET |
|---|---|---|---|---|
| AT: 9:00 a.m. | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGN-MENT | ☐ CHANGE OF PLEA | ☐ OTHER |
| BEFORE HON. D. LOWELL JENSEN | ☐ DETENTION HEARING | | ☐ MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☒ TIME WAIVED BY DEFT. RE: SPEEDY TRIAL ACT CALCULATION BET. NOW & UNTIL 4/4/08 FOR EFFECTIVE PREP. OF COUNSEL | ☒ TIME EXCLUDABLE UNDER 18 § USC 3161 | ☐ IDENTITY / REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

The deft. has another pending case CR-06-00189-SBA wherein the Court appointed CJA Panel Atty. Garrick Lew as counsel of record for the deft. The Court reappointed Garrick Lew as counsel of record for the deft. in this case. The govt's atty. said that this case is NOT going to be related to CR-06-00189-SBA. Since the deft. was ordered detained by the Court on CR-06-00189-SBA, the deft. waived the timing of his Detention Hrg. in this case. The deft. was ordered detained   The deft. reserves his rights to have his Detention Hrg. — if & when he believes it will be on his best interest to put his Detention Hrg. back on cal. later. The deft's atty. has received the discovery from the govt's atty.

DOCUMENT NUMBER

cc: WDB's Stats, Frances, Pretrial