JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3929
    Facsimile: (510) 637-3724
    E-Mail: Garth.Hire@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ANTIONE DEMETRIUS SMITH, ) <br> ) <br> Defendant. ) | No. CR 08-00110 DLJ <br><br> UNITED STATES' INFORMATION FOR INCREASED PUNISHMENT BY REASON OF PRIOR FELONY DRUG CONVICTION UNDER 21 U.S.C. § 851 |

INFORMATION

Pursuant to the provisions of 21 U.S.C. § 851, the United States Attorney files this Information alleging that:

1. The defendant, Antione Demetrius Smith, was convicted on or about March 5, 1992, in the Superior Court of California, County of Contra Costa, Case Number 913051-9, of a felony violation of Section 11351.5 of the California Health and Safety Code, specifically, possession for sale of rock cocaine. Attached as <u>Exhibit 1</u> are court documents establishing this conviction.

2. Because of this prior felony drug conviction, the defendant is subject to increased punishment pursuant to the provisions of 21 U.S.C. §§ 841(b)(1)(B) and 851 if he is convicted of the violation of 21 U.S.C. § 841(a)(1), possession with intent to distribute

1

crack cocaine, as charged in Count One of the Indictment filed on February 27, 2008, namely, a mandatory minimum 10-year term of imprisonment; a fine not to exceed $4,000,000; and a mandatory minimum 8-year term of supervised release.

3. The United States Attorney hereby gives notice to the defendant and his counsel that if the defendant is convicted of Count One of the Indictment, the United States intends to rely on his prior felony drug conviction in seeking enhanced punishment at the time of sentencing pursuant to the provisions referenced herein.

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: 4/3/08

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
AUSA GARTH HIRE

# EXHIBIT 1

SUPERIOR COURT OF THE STATE OF CALIFORNIA
IN AND FOR THE COUNTY OF CONTRA COSTA

THE PEOPLE OF THE STATE OF CALIFORNIA,        NO. 913051-9
                                              DA NO. R 91 010521-3
VS.                                           INFORMATION

ANTIONE DEMETRIUS SMITH,                      01)  H&S 11351.5
                           DEFENDANT

FILED DEC 16 1991
S.L. WEIR, COUNTY CLERK
CONTRA COSTA COUNTY
BY B. CHRISTIE, DEPUTY

In the Superior Court of the State of California, in and for the County of Contra Costa:

The District Attorney of the County of Contra Costa hereby accuses ANTIONE DEMETRIUS SMITH, defendant, of the crime of felony, to wit: violation of HEALTH & SAFETY CODE SECTION 11351.5 (POSSESSION FOR SALE OF ROCK COCAINE), committed as follows, to wit:

On or about June 26, 1991, at North Richmond, in Contra Costa County, the Defendant, ANTIONE DEMETRIUS SMITH, did wilfully, unlawfully and feloniously possess for sale cocaine base.


ENHANCEMENT
PERSONALLY ARMED WITH FIREARM IN COMMISSION
OF CONTROLLED SUBSTANCE OFFENSE

It is further alleged, pursuant to Penal Code section 12022(c), that in the commission of the offense of Health and Safety Code section 11351.5, as charged above, the Defendant, ANTIONE DEMETRIUS SMITH, was personally armed with a .357 magnum revolver, a firearm.


DATED: December 9, 1991

                              GARY T. YANCEY
                              District Attorney

                              LAUREN WIXSON
                              Deputy District Attorney


LW:bp

## SUPERIOR COURT OF CALIFORNIA,
## COUNTY OF CONTRA COSTA

Judge _____RICHARD PATSEY_____

Dept. No. _____13_____

**PEOPLE OF THE STATE OF CALIFORNIA**

vs

ANTIONE DEMETRIUS SMITH, **Defendant**

**FILED**
MAR 5 - 1992
S.L. WEIR, County Clerk
CONTRA COSTA COUNTY
By _____ Deputy

**PRESENT:**

| | |
|---|---|
| Deputy D.A. ___WILLIAM CLARK___ | Court Clerk ___JUDY WEAVER___ |
| Deft. Atty. ___JEANNE SCHUMAN___ | Reporter ___TRISH BISHOP___ |
| Dep. Prob. Off. _____ | ACTION NO. ___913051-9___ |

### ORDER FOR PROBATION

The defendant is present. Defendant was convicted on ___March 5, 1992___ by
( ) Guilty Plea     ( ) Court Decision     ( ) Jury Verdict     (X) Nolo Contendere
of violation of:  Health and Safety Code Section 11351.5 (Possession for Sale of Rock Cocaine) as charged in the Information.

(Defendant entered a plea of Nolo Contendre to the PC 12022(c) enhancement

The Court, having read and considered the report of the Probation Officer, orders that defendant be admitted to probation and that the imposition of sentence be suspended for a period of  three  years from the date of this order, and the defendant shall comply with the following terms and conditions of probation:
1) Obey all laws and follow all orders of this Court.
2) Conduct yourself at all times in all respects according to the supervision requirements of the Probation Officer of Contra Costa County and report as directed.
3) Maintain an address with the Probation Officer where notice of any further proceedings may be mailed.
4) Not change place of residence nor leave the State of California without written permission of the Probation Officer.
5) Seek and maintain employment as directed by the Probation Officer, and notify the Probation Officer of any change in employment status.
6) Upon termination of any period of confinement in the County Jail, continue under the supervision of the Probation Officer.
7) If confined in the County Jail, receive one day credit for each two week period of satisfactory participation in authorized jail programs.
8) Not own, have in possession or under custody and control any handgun, rifle, shotgun, or other firearm whatsoever or any weapon capable of being concealed upon your person.
9) If arrested, use your own true name, address, date of birth and report the arrest, in writing, to the Probation Officer within five days of such arrest.

MAR 1 3 1992

```
                                              91  3051-9
                                         _____
                                              (ACTION NO.)
                                         ANTIONE DEMETRIUS SMITH
                                         _____
                                              (DEFENDANT)
```

**IT IS FURTHER ORDERED THAT DEFENDANT SHALL:**

(x) Be imprisoned in the Contra Costa County Jail for __120__ days, commencing __**__ with credit for __4__ days for time already confined on this charge and report to the Probation Officer within five days of your release from custody.

( ) Said sentence to be served under the Contra Costa County Sheriff's Work Alternative Program.

( ) Report to the Work Furlough Center, 847 Brookside Drive, Richmond, Ca. no later than _____ p.m. on _____.

( ) Remain in custody in the Contra Costa County Jail pending a possible release by the Probation Officer directly to a residential treatment program and that the balance of any remaining jail sentence be suspended.

( ) Not receive any jail time credit for time spent at a residential treatment program in the event of a probation violation and/or commitment to the California Department of Corrections.

( ) Not be eligible for parole.

( ) Have probation terminated upon release from custody.

( ) Make restitution through the Probation Officer in the sum of $_____ or in an amount and manner determined by the Probation Officer.

(x) Pay a fine + assessments totaling $_____ Code:_____; pay a restitution fine (per 13976 G.C.) of $__100.00__; all payable through the Probation Officer; ( ) at the rate of $_____ per month; (x) at a rate and manner as directed by the Probation Officer.

(x) Pay a laboratory analysis fee (per 11372.5 H&S) of __$50.00__ and a drug education fee (per 11372.7 H&S) of $__100.00__. through the Probation Officer and at a rate and manner as directed by the Probation Officer.

(x) Participate in an ~~outpatient and/or residential treatment program~~ /COUNSELLING as prescribed by the Probation Officer; ~~not leave or terminate contact with any such program without the Probation Officer's permission, and not receive any credit for jail time served toward the time required to complete any such program.~~

( ) Report to Post Conviction Drinking Driver's Program within 10 days of your release from custody and comply with its rules and fee requirements. (Take completed DL-103 form to DMV within 30 days of release from custody)

(x) Register pursuant to ( ) Penal Code Section 290;  (x) Health and Safety Code Section 11590;  ( ) Penal Code Section 457.1

( ) Abstain from the use of alcoholic beverages.

( ) Not enter any place wherein the consumption of alcoholic beverages is the primary source of business.

(x) Not use, possess, or have under control, dangerous drugs, narcotics, or narcotic paraphernalia without a prescription from a duly licensed physician.

(x) Submit to drug, alcohol detection tests as directed by the Probation Officer.

(x) Submit your person, place of residence, storage locker, any personal property, and any vehicle under your control to search and seizure by any Peace Officer at any time of the day or night.

( ) Make available for inspection by the Probation Officer all personal and/or business financial records.

( ) Not maintain a checking account or have any checks in possession except payroll or business checks payable to yourself.

( ) Not maintain any charge accounts; nor have any credit card in possession, control or custody.

( ) Not associate with any individuals designated in writing by the Probation Officer.

( ) Driving privilege ( ) suspended; ( ) revoked for _____ years and license ordered surrendered to the Court forthwith.

( ) Not drive without a license.

( ) Not drive a motor vehicle with any measurable amount of alcohol in blood.

( ) If again arrested for 23152 or 23153 CVC, not refuse the test for the detection of drugs or alcohol.

( ) When again licensed to drive a motor vehicle, maintain ability to respond to damages pursuant to Section 16020 CVC.

(x) Defendant to report to his probation officer within 5 days.

**ADDITIONAL CONDITIONS:**

** Defendant to apply for Sheriff's Electronic Home Detention Program and to interview the week of March 19, 1992. Defendant to comply with Sheriff's orde

**OTHER COURT ORDERS:**

( ) That the defendant pay for the cost of Probation Services as determined by the Probation Officer, not to exceed $25 per month.

( ) If convicted for a Health and Safety Code violation, pay for the cost of drug testing, as determined by the Probation Officer, not to exceed $5.00 per month.

Defendant is released on Probation (x);   Remanded ( );   Bail is exonerated ( )

Dated __March 5, 1992__                              _____
                                                     JUDGE OF THE SUPERIOR COURT

(See other side)

**SUPERIOR COURT OF THE STATE OF CALIFORNIA**
**IN AND FOR THE COUNTY OF CONTRA COSTA**

Date __March 5, 1992__                                Dept __13__
Hon. __RICHARD PATSEY__ Judge   __JUDY WEAVER__ Court Clerk
                                __TRISH BISHOP__ Reporter

PEOPLE OF THE STATE OF CALIFORNIA

vs.

ANTIONE DEMETRIUS SMITH,
                              Defendant

PRESENT:
Dep. D.A. __WILLIAM CLARK__
Dep. Pub. Def. __JEANNE SCHUMAN__
Deft. Atty. _____
Dep. Prob. Off. _____

NATURE OF PROCEEDINGS:   WITHDRAW NOT GUILTY PLEA   Action No. __913051-9__

Defendant is present. Defendant is advised of his constitutional rights and waives rights to a trial by jury, to present evidence, to confront and cross-examine witnesses, and against self-incrimination. Defendant is advised of the consequences of a guilty plea.

Defendant now requests and is permitted to withdraw _____ his previous plea of Not Guilty. Upon re-arraignment, defendant enters a plea of ~~Guilty of Violation of~~ Nolo Contendre of Violation of Health and Safety Code Section 11351.5 (Possession for Sale of Rock Cocaine) as charged in the Information.

The defendant enters a plea of Nolo Contendre to the enhancement charged pursuant to Penal Code Section 12022(c).

(  )  Defendant _____ prior conviction(s) _____ .
(  )  The Court enters denial of said prior(s) on behalf of defendant.
(  )  Defendant _____ prior conviction(s) _____ .
(  )  The Court enters denial of prior(s) _____ on behalf of defendant.
(  )  The Court Orders prior(s) _____ stricken from the Information.
(  )  Count(s) _____ dismissed in interests of justice.
(  )  Defendant is informed of _____ his statutory rights and waives time for sentence.
(  )  Referred to Probation Officer for investigation and report.
(X)  Defendant waives referral to Probation Officer and consents to use of _____ report for purposes of sentencing.
(  )  Continued to _____ at _____ for pronouncement of judgment.
(X)  Defendant requests immediate sentencing; waives formal arraignment for judgment and has no legal cause why judgment should not now be pronounced (SEE ORDER/ABSTRACT EXECUTED THIS DATE)
(X)  Trial date of __March 2, 1992__ previously set is vacated.

**Defendant is (  ) released on bail    (  ) released on O.R.    (  ) remanded.**

STEPHEN L. WEIR, County Clerk              By _____
                                              DEPUTY COUNTY CLERK (COURT CLERK)

**CRIMINAL MINUTES**
WITHDRAW NOT GUILTY PLEA

CR11

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF CONTRA COSTA

| | |
|---|---|
| Date: June 8, 1993 | Department 13 |
| HON. RICHARD L. PATSEY | Judy Weaver, Court Clerk |
| Warren Rupf, Sheriff | Trish Bishop, CSR |
| | Present: |
| PEOPLE OF THE STATE OF CALIFORNIA | Dep DA, Mary Knox |
| vs. | |
| ANTIONE DEMETRIUS SMITH, | Dep PD, Jeffrey Bradley |
| Defendant | Dep PO, Julie Bulger |

NO. 913051-9
CII NO. A08 580 358

PROBATION HEARING
COMMITMENT TO STATE PRISON

The Defendant is present.

People's exhibit 1 is received in evidence - Police Reports.

Defendant's exhibit A is received in evidence - Lease.

Defendant Antione Dmetrius Smith is sworn and testifies.

The Court denies the Defendant's request to continue hearing.

Both sides rest.

Counsel argue and the matter is submitted.

The Court finds the Defendant has violated the terms and conditions of probation and confirms the order revoking probation dated April 30, 1993.

The Defendant waives formal arraignment for judgment and has no legal cause why judgment should not now be pronounced.

On March 5, 1992, the Defendant entered a plea of No Contest to violation of Health & Safety Code Section 11351.5 as charged in the Information.

The Court then suspended imposition of the sentence and placed the Defendant on probation for Three years.

The Court, having confirmed the order revoking probation, now orders that the Commitment to the Department of Corrections be implemented as follows:

That the Defendant be committed to the Department of Corrections for the total fixed term of THREE years:

    Count One - mitigated term of three years (H&S 11351.5 -
                Possession for Sale of Rock Cocaine)
    Enhancement - imposed & stricken (PC 12022(c)

94

PEOPLE VS. ANTIONE DEMETRIUS SMITH
DOCKET NO.: 913051-9
PROBATION HEARING/COMMITMENT TO STATE PRISON
DATE: June 8, 1993
PAGE Two

The Court grants the Defendant credit for time already served of 120 days plus good time credit of 60 days for a total credit for time already served of 180 days.

The Defendant is advised of the conditions of parole.

The Defendant is remanded.

STEPHEN L. WEIR, COUNTY CLERK        BY _____
                                         Judy Weaver, Deputy Clerk

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT

FORM DSL 290

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** CONTRA COSTA
**BRANCH**
**COURT I.D.** 97

FILED JUN 8 1993
STEPHEN L. WEIR, COUNTY CLERK
CONTRA COSTA COUNTY
J WEAVER, Deputy

**CASE NUMBER(S):** 913051-9 - A

**PEOPLE OF THE STATE OF CALIFORNIA versus**
**DEFENDANT:** ANTIONE DEMETRIUS SMITH   [x] PRESENT
**AKA:** CII No A08 580 358   [ ] NOT PRESENT

**COMMITMENT TO STATE PRISON**
**ABSTRACT OF JUDGMENT**   AMENDED ABSTRACT [ ]

**DATE OF HEARING (MO) (DAY) (YR):** 06 08 93
**DEPT. NO:** 13
**JUDGE:** RICHARD L. PATSEY
**CLERK:** Judy Weaver
**REPORTER:** Trish Bishop
**COUNSEL FOR PEOPLE:** Mary Knox
**COUNSEL FOR DEFENDANT:** Jeffrey Bradley
**PROBATION NO. OR PROBATION OFFICER:**

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES (OR ALTERNATE FELONY/MISDEMEANORS).

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO | DAY | YEAR | CONVICTED BY | TERM | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01 | HS | 11351.5 | Poss Sale Rock | 91 | 03 | 05 | 92 | P | L | 3 | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS...

| Count | Enhancement | Yrs or "S" |
|---|---|---|
| 01 | 12022(c) | S |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS...

4. INCOMPLETED SENTENCE(S) CONSECUTIVE:

5. OTHER ORDERS: $200.00 rest/fine, $50.00 lab fee & $100.00 drug program fee.

6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):
7. TIME STAYED TO COMPLY WITH 5-YEAR OR 10-YEAR LIMIT ON SUBORDINATE TERMS, DOUBLE-BASED-TERM LIMIT, ETC.
8. TOTAL TERM IMPOSED: 3
9. EXECUTION OF SENTENCE IMPOSED:
   A [ ] AT INITIAL SENTENCING HEARING
   B [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C [x] AFTER REVOCATION OF PROBATION
   D [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
   E [ ] OTHER

10. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR): 06 08 93
    CREDIT FOR TIME SPENT IN CUSTODY: TOTAL DAYS 180 INCLUDING: ACTUAL LOCAL TIME 120, LOCAL CONDUCT CREDITS 60
    STATE INSTITUTIONS: [ ] DMH  [ ] CDC

11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    [x] FORTHWITH
    [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
    INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    [ ] CALIF. INSTITUTION FOR WOMEN – FRONTERA
    [ ] CALIF. MEDICAL FACILITY – VACAVILLE
    [x] SAN QUENTIN
    [ ] CALIF. INSTITUTION FOR MEN – CHINO
    [ ] DEUEL VOC. INST.
    [ ] OTHER (SPECIFY):

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

**DEPUTY'S SIGNATURE:** /s/ J Weaver
**DATE:** June 8, 1993

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for determinate sentences...

Form Adopted by the Judicial Council of California Effective April 1, 1990
JUN 11 1993

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**
FORM DSL 290
Pen.C 1213.5

DISTRIBUTION: PINK COPY – COURT FILE   YELLOW COPY – DEPARTMENT OF CORRECTIONS   WHITE COPY – ADMINISTRATIVE OFFICE OF THE COURTS

## Other Documents
4:06-cr-00189-SBA USA v. Johnson et al
E-Filing

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by Hire, Garth entered on 2/4/2008 3:36 PM PST and filed on 2/4/2008
**Case Name:**       USA v. Johnson et al
**Case Number:**   4:06-cr-189
**Filer:**                  USA
**Document Number:** 345

**Docket Text:**
**INFORMATION TO ESTABLISH PRIOR CONVICTION as to Antoine Demetrius Smith (Hire, Garth) (Filed on 2/4/2008)**

**4:06-cr-189-7 Notice has been electronically mailed to:**

Erik G. Babcock     erik@babcocklawoffice.com

Brian P. Berson     brianberson@yahoo.com, tanna.rozar@gmail.com

Juliana Drous     jdrous@msn.com

Geri Lynn Green     gerigreen@earthlink.net

Geoffrey A. Hansen    geoffrey_hansen@fd.org, amy_lucas@fd.org, dawn_russell@fd.org

Laurel L. Headley    headley@achlaw.com

Garth Hire    garth.hire@usdoj.gov, cynthia.daniels@usdoj.gov

Judd Casey Iversen    jciversen@yahoo.com, clough@iversenlaw.com

James E. Keller    James.Keller@usdoj.gov

Joyce Leavitt    joyce_leavitt@fd.org, canok_ecf@fd.org, marilee_barbeau@fd.org

V. Roy Lefcourt    vroylefcourt@sbcglobal.net

Garrick Sherman Lew    gsl@defendergroup.com, amandal@defendergroup.com, hannak@defendergroup.com, kellyc@defendergroup.com, lmckibbin@defendergroup.com, mas@defendergroup.com

Mary Geraldine McNamara    mmcnamara@swansonmcnamara.com

Harold J. Rosenthal    paul@haroldrosenthal.com, harold@haroldrosenthal.com

Michael Stepanian    mstepanian@sbcglobal.net, sdm819@sbcglobal.net

Richard Alan Tamor    rtamor@TamorLaw.com

Mark Rendon Vermeulen    vermeulen@min dspring.com

Doron Weinberg    doronweinberg@aol.com, littlredhd@aol.com

**4:06-cr-189-7 Notice has been delivered by other means to:**

William DuBois
1611 Telegraph Ave.
Suite 1100
Oakland, CA 94612

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** N:\kturner\Garth Hire\US v Smith CR 06 00189 SBA Increased Punishment by Reason of Prior Felony Drugpdf.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=2/4/2008] [FileNumber=4107735-0] [
1001896b8e4a83d33f68599fc6374348751d265134966a6570bfb0a66e5faa4c66c6cf
d1bcb53f48c90fde57adf599ce01e454ee9c2530997cfc825a1ff012e9]]