UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Criminal Pretrial Minute Order
JUDGE D. LOWELL JENSEN
Date:   4/4/08

**Clerk:** Frances Stone
**Court Reporter:** Not Held-Not Reported

**Plaintiff:**  United States

**v.**                                                                 **No.** CR-08-00110-DLJ

**Defendant:** Antione Demetrius Smith [in custody]

**Appearances for AUSA:** Garth Hire

**Appearances for Defendant:** Garrick Lew

**Interpreter:**

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
SETTING/STAT                         -NOT HELD PER COURT'S CALENDAR

**Notes:**  Clerk spoke to attorneys and the next date in this case is 4/18/08 at 9:00AM for Setting/Status

**Case Continued to**              for

**Case Continued to:**         for
**Case Continued to:**         for
**Motions to be filed by:**     Opposition Due:

**Case Continued to**                   for Pretrial Conference

**Case Continued to**         for           Trial

**Excludable Delay: Category: Begins:**           **Ends:**