UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br>    Plaintiff(s),<br><br>-V-<br><br>Antione Demetrius Smith<br>    Defendant(s), | CASE NO. CR-08-00110 -DLJ<br><br>NOTICE |

TO:

**Garth Hire**
US Attorney's Office
1301 Clay Street, Ste. 340S
Oakland, CA   94612

**Garrick Sherman Lew**
Law Office of Garrick S. Lew
600 Townsend Street
Suite 329E
San Francisco, CA 94102

YOU ARE HEREBY NOTIFIED THAT the Setting/Status in the above entitled case will be held on Friday, April 18, 2008 at 9:00am before Judge Jensen in Dept. 1, 4th Floor at 1301 Clay Street, Oakland, California.

Dated: April 4, 2008

By: *Frances Stone*
    Frances Stone
    Clerk to D. Lowell Jensen