9Am
Y/C
E-FILING CASE

10:09 Am - 10:18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTE ORDER**

**FILED**
APR 1 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 4/18/08

Case No: CR-08-0110-DLJ            Judge: D. Lowell Jensen

Reporter: RAYNEE MERCADO           Clerk: Frances Stone

Defendant(s):                                              Defense Counsel:

ANTIONE DEMETRIUS SMITH   Present? Y   In Custody? Y   MATTHEW SIROKA
                         Present? __  In Custody? __  (FOR GARRICK LEW)
                         Present? __  In Custody? __
                         Present? __  In Custody? __
                         Present? __  In Custody? __
                         Present? __  In Custody? __
                         Present? __  In Custody? __

US Attorney:            Interpreter:              US Probation Officer:
GARTH HIRE

Reason for Hearing:                               Ruling:
CHANGE OF PLEA                                    — HELD
GUILTY PLEA TO COUNT ONE OF THE INDICTMENT
PLEA IS WITH CONSENT OF COUNSEL. PLEA IS ACCEPTED AND
ENTERED.
"PRIOR" FILED PREVIOUSLY - GOV MOVES TO DISMISS (DEFERRED).

Notes: GOV MO TO DISMISS CT.2 DEFERRED TO
SENTENCING

Case continued to: 8/1/08 AT 10Am" for SENTENCING
Case continued to: _____ for _____
Case continued to: _____ for _____
  Motions to be filed by _____; Opposition due _____
Case continued to: _____ for Pretrial Conference
Case continued to: _____ for _____ Trial

Excludable Delay: Category: _____ Begins: _____ Ends: _____

CC: PROBATION