E-FILING CASE

**FILED**

APR 1 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Case Number | CR-08-00110-01-DLJ |
| Defendant's Name | ANTIONE DEMETRIUS SMITH |
| Defendant's Counsel | Garrick Lew / MATTHEW SIROKA |
| Due Date | 8/1/08 at 10am |
| Courtroom | 1     Floor 4th |

---NOTICE TO DEFENSE COUNSEL---

**The Court has directed that a:**

- XX  Presentence Investigation
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the **Probation Office**, before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING, CLERK

✓ cc to Counsel
✓ cc to Probation

by: _Frances Stone_
Frances Stone, Deputy Clerk

Dated: 4/18/08

**US PROBATION OFFICE**

Is defendant in custody?    Yes or No
Is defendant English speaking?  Yes or No [Interpreter:_____]
Defendant's address: _____