JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

GARTH HIRE (CABN 187330)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612-5217
    Telephone:  (510) 637-3929
    Facsimile:  (510) 637-3724
    E-Mail:    Garth.Hire@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 08-00110 DLJ |
| Plaintiff, | STIPULATION TO RESCHEDULE SENTENCING HEARING; ORDER |
| v. | |
| ANTIONE DEMETRIUS SMITH, | |
| Defendant. | |

    Plaintiff, by and through its attorney of record, and defendant, by and through his attorney of record, hereby stipulate and ask the Court to find and order as follows:

    1.    Defendant Antione Demetrius Smith is currently scheduled to appear before this Court on August 1, 2008, for imposition of judgment and sentence.

    2.    The parties request that the sentencing hearing be continued to September 5, 2008, in order to provide defendant additional time to attempt to satisfy the requirements of U.S.S.G. § 5C1.2(a)(5) and 18 U.S.C. § 3553(f)(5) and to provide the government additional time to evaluate whether those efforts were successful and thus whether or not the government will recommend that defendant receive the benefit of the safety-valve provision, namely, a sentence

1

below the otherwise applicable mandatory minimum sentence.  The parties therefore agree and respectfully request that the currently scheduled sentencing hearing be vacated and that sentencing be scheduled for 10:00 a.m. on September 5, 2008.

    IT IS SO STIPULATED.

DATE: July 29, 2008                     Respectfully submitted,

                                               JOSEPH P. RUSSONIELLO
                                               United States Attorney

                                               /s/
                                               GARTH HIRE
                                               Assistant United States Attorney

                                               Attorneys for Plaintiff
                                               UNITED STATES OF AMERICA

DATE: July 29, 2008                        /s/
                                               GARRICK LEW, ESQ.

                                               Counsel for Antione Demetrius Smith

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO FOUND AND ORDERED THAT:

    The currently scheduled August 1, 2008, sentencing hearing is hereby vacated and a new sentencing hearing is hereby scheduled for 10:00 a.m. on September 5, 2008.

DATED: July 29, 2008                                       
                                       HONORABLE D. LOWELL JENSEN
                                       UNITED STATES DISTRICT JUDGE