1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  GARTH HIRE (CABN 187330)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340-S
6     Oakland, CA 94612
      Telephone: (510) 637-3929
7     FAX: (510) 637-3724
      Garth.Hire@usdoj.gov
8
   Attorneys for the United States
9

10                UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
11                      OAKLAND DIVISION

12

13  UNITED STATES OF AMERICA         )     No. cr-08-00110 DLJ
                                     )
14      v.                           )
                                     )     NOTICE OF SUBSTITUTION
15  JAMES HOLLOWAY,                  )     OF ATTORNEY
                                     )
16          Defendant.               )
    _____  )
17

18      Please take notice that as of September 4, 2008, the Assistant U.S. Attorney whose

19  name, address, telephone number and email address are listed below was assigned to be

20  counsel for the government.

21                  Assistant U.S. Attorney Garth Hire
                    1301 Clay Street, Suite 340S
22                  Oakland, CA 94612
                    Telephone: (510) 637-3929
23                  Garth.Hire@usdoj.gov

24  DATED: September 4, 2008         Respectfully submitted,
25
                                     JOSEPH P. RUSSONIELLO
26                                   United States Attorney

27                                   _____/s/_____
                                     GARTH HIRE
28                                   Assistant United States Attorney