| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | GARTH HIRE (CABN 187330)<br>Assistant United States Attorney |

1301 Clay Street, Suite 340-S
Oakland, CA 94612
Telephone: (510) 637-3929
FAX: (510) 637-3724
Garth.Hire@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. CR-08-00110 DLJ |
| v. | ) | |
| | ) | AMENDED NOTICE OF |
| ANTIONE DEMETRIUS SMITH, | ) | SUBSTITUTION OF ATTORNEY |
| | ) | |
| Defendant. | ) | |

Please take notice that as of September 4, 2008, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

Assistant U.S. Attorney Garth Hire
1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3929
Garth.Hire@usdoj.gov

DATED: September 4, 2008          Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
GARTH HIRE
Assistant United States Attorney