# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL PRETRIAL MINUTE ORDER

10AM
YC
E-FILING CASE

10:36 AM – 11:50 AM

**FILED SEP 0 5 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Date: 9/5/08

Case No: CR-08-00110-DLJ
Judge: D. Lowell Jensen
Reporter: RAYNEE MERCADO
Clerk: Frances Stone

**Defendant(s):** ANTIONE DEMETRIUS SMITH   Present? Y   In Custody? Y
**Defense Counsel:** Kevin Garrick Lew

US Attorney: GARTH HIRE
Interpreter:
US Probation Officer: CONNIE COOK (for JESSICA GOUSBERRY)

**Reason for Hearing:** SENTENCING

**Ruling:** – HELD

COUNT 1 – DEF IS COMMITTED TO CUSTODY OF BUREAU OF PRISONS FOR A TERM OF 60 MONTHS. DEF PLACED ON SUPERVISED RELEASE 4 YEARS. A $100 ASSESSMENT IS DUE IMMEDIATELY. GOV MO TO DISMISS COUNT 2 IS GRANTED. GOV MO TO DISMISS THE 4/3/08 INFORMATION TO ESTABLISH PRIOR CONVICTION – IS GRANTED.